IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    ) <br>    Plaintiff,    )<br>    )<br>    v.    )<br>    )<br>$2,202.00 IN UNITED STATES )<br>CURRENCY; et al.,    )<br>    )<br>    Defendants.    ) | CIVIL ACTION NO.<br>2:22cv142-MHT<br>(WO) |

OPINION AND ORDER

In this civil action, plaintiff United States of America filed a verified complaint for forfeiture in rem on March 22, 2022, against two quantities of currency, various automobiles, and miscellaneous jewelry.  The U.S. Marshal served notice of the complaint on potential claimants in early April 2022, and notice of the complaint was published.  *See* U.S. Marshal Acknowledgements of Service (Doc. 4 through Doc. 11); Declaration of Publication (Doc. 12).  Over a year later, on September 1, 2023, potential claimant Jessie D. Stone filed a "Writ of Replevin/Verified

Claim" objecting to the forfeiture of certain property at issue in the case.

This case is now before the court on the United States Magistrate Judge's recommendation that Stone's "Writ of Replevin/Verified Claim" be denied. Also before the court is Stone's "Motion for Constitutional Protection" (Doc. 28), which the court construes as objections to the recommendation. After an independent and de novo review of the record, the court concludes that Stone's objections should be overruled and the magistrate judge's recommendation adopted.

***

Accordingly, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) Claimant Jessie D. Stone's objections (Doc. 28) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. 27) is adopted.

    (3) Claimant Stone's "Writ of Replevin/Verified Claim" (Doc. 22) is denied.

    This case is not closed, and it is referred back to the magistrate judge.

    DONE, this the 29th day of November, 2023.

                                    /s/ Myron H. Thompson
                                 **UNITED STATES DISTRICT JUDGE**