# UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

July 23, 2024

Clerk - Middle District of Alabama
U.S. District Court
1 CHURCH ST
MONTGOMERY, AL 36104

Appeal Number: 24-10002-C
Case Style: USA v. Jessie Stone
District Court Docket No: 2:22-cv-00142-MHT-CWB

The referenced appeal was erroneously dismissed.

This appeal has been clerically reinstated by the clerk due to appellant's payment of the required docketing and filing fee paid prior to this court's dismissal.

The parties have 14 days from the date of this order to file a notice with the Clerk specifying which motions mooted by the dismissal of this appeal, **if any**, are to be renewed. The time for filing a response to any renewed motion runs from the date the opposing party's notice is docketed. Parties seeking to renew a motion after the 14-day renewal period expires will be required to refile the motion.

Clerk's Office Phone Numbers
General Information:   404-335-6100      Attorney Admissions:           404-335-6122
Case Administration:   404-335-6135      Capital Cases:                 404-335-6200
CM/ECF Help Desk:      404-335-6125      Cases Set for Oral Argument:   404-335-6141

Enclosure(s)

REINST-3 Clerk Reinst_No Mot Filed

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 24-10002-C

_____

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

versus

$2,202.00 IN UNITED STATES CURRENCY,
et al.

              Defendants,

JESSIE STONE,

              Claimant - Appellant.

_____

Appeal from the United States District Court
for the Middle District of Alabama

_____

ORDER: This appeal is reinstated by the clerk, effective July 23, 2024.


DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

FOR THE COURT - BY DIRECTION