IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA,    )
                             )
    Plaintiff,                )
                             )         CIVIL ACTION NO.
    v.                        )           2:22cv142-MHT
                             )                (WO)
$2,202.00 IN UNITED STATES    )
CURRENCY, et al.,             )
                             )
    Defendants.               )
```

**JUDGMENT**

In accordance with the memorandum opinion entered this date, is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, default judgment is entered in favor of plaintiff United States and against defendants $ 2,202 in United States Currency and $ 14,001 in United States Currency.

(2) All right, title, and interest in defendants § 2,202 in United States Currency and $ 14,001 in United States Currency, are forfeited to and vested in plaintiff United States, which shall have clear title

to this property, may warrant good title to any subsequent transferee, and shall dispose of the property in accordance with the law.

(3) Pursuant to Rules 54(b) and 58 of the Federal Rules of Civil Procedure, the court concludes that because there is "no just reason for delay," the clerk of the court shall enter this document on the civil docket as a final judgment against defendants $ 2,202 in United States Currency and $ 14,001 in United States Currency.

(4) The United States District Court shall retain jurisdiction in this case for the purpose of enforcing this order.

This case is not closed.

DONE, this the 6th day of February, 2025.

                                          /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**