IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA,    )
                             )
     Plaintiff,              )
                             )        CIVIL ACTION NO.
     v.                      )          2:22cv142-MHT
                             )
$2,202.00 IN UNITED STATES   )
CURRENCY; et al.,            )
                             )
     Defendants.             )
```

ORDER

Upon consideration of the government's motion to extend deadline (Doc. 42), it is ORDERED that the motion is granted in part, and that the deadline for response (Doc. 40 at 17-18) is extended to February 27, 2025.

DONE, this the 11th day of February, 2025.

                    /s/ Myron H. Thompson
                  UNITED STATES DISTRICT JUDGE