IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA,     )
                              )
    Plaintiff,                )
                              )    CIVIL ACTION NO.
    v.                        )      2:22cv142-MHT
                              )           (WO)
$2,202.00 IN UNITED STATES    )
CURRENCY; et al.,             )
                              )
    Defendants.               )
```

**JUDGMENT**

Upon consideration of the government's motion to dismiss this case with prejudice (Doc. 46), it is ORDERED, ADJUDGED, and DECREED that:

(1) The motion is granted.

(2) This case is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

(3) All pending motions are denied as moot.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**This case is closed.**

**DONE, this the 24th day of September, 2025.**

                                  /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**